# Third District Court of Appeal

## State of Florida

Opinion filed September 15, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1087
Lower Tribunal No. 14-7686

————————

**Eduardo Orozco,**
Appellant,

vs.

**McCormick 105, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

ADR Miami LLC, and Juan Ramirez, Jr., for appellant.

Law Firm of Gary M. Singer, P.A., and Gary M. Singer (Fort Lauderdale), for appellee.

Before FERNANDEZ, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>McCormack v. Flens</u>, 27 So. 3d 179, 181 (Fla. 2d DCA 2010) (affirming jury verdict and finding that defendant's refusal to return funds after acknowledging that they belonged to plaintiff satisfied the felonious intent requirement); <u>see also</u> <u>Masvidal v. Ochoa</u>, 505 So. 2d 555, 556 (Fla. 3d DCA 1987) (holding that that the defendant committed embezzlement, conversion, and civil theft where "the defendant lawfully obtained possession of the plaintiff's funds to set up the escrow fund and thereafter converted the funds for his own use").